**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARCO TULIO VASQUEZ PEREZ,

               Petitioner,                   Case No. 25-cv-13986

v.                                   Hon. Jonathan J.C. Grey

KEVIN RAYCRAFT, *et al.*,

               Respondents.

_____/

## <u>ORDER DISMISSING CAUSE OF ACTION</u>

Petitioner Marco Tulio Vasquez Perez ("Vasquez Perez") filed a petition for writ of habeas corpus ("petition") pursuant to 28 U.S.C. § 2241, alleging that he was being unlawfully detained at Monroe County Jail, in violation of the Immigration and Nationality Act ("INA") and the Due Process Clause of the Fifth Amendment. (ECF Nos. 1, 2.)

On January 27, 2026, the Court ordered respondents to immediately release Vasquez Perez from custody, or in the alternative, provide him with an individualized bond hearing before an Immigration Judge under 8 U.S.C. § 1226(a) on or before February 3, 2026. (ECF No. 9.) The Court further ordered respondents to file a status report regarding Vasquez Perez on or before February 10, 2026. (*Id.*)

On February 11, 2026, respondents filed a status report, wherein they advised the Court that the immigration court held a bond hearing for Vasquez Perez on February 3, 2026, but the immigration court denied his request for release on bond because it found that he failed to show that he is not a flight risk. (ECF No. 10.)

Accordingly, as Vasquez Perez has been granted the relief he requested in the form of an individualized bond hearing, **IT IS ORDERED** that this cause of action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

**s/Jonathan J.C. Grey**
JONATHAN J.C. GREY
DATE: February 27, 2026            United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 27, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager

3