# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARCO TULIO VASQUEZ PEREZ,

        Petitioner,               Case No. 25-cv-13986

v.                                    Hon. Jonathan J.C. Grey

KEVIN RAYCRAFT, *et al.*,

        Respondents.

_____/

## **JUDGMENT**

The above-entitled matter having come before the Court, the Honorable Jonathan J.C. Grey, United States District Judge, presiding, and in accordance with the Order entered on February 27, 2026, **IT IS ORDERED AND ADJUDGED** that the cause of action is **DISMISSED WITHOUT PREJUDICE**.

    **SO ORDERED**.

Dated: February 27, 2026                **s/Jonathan J.C. Grey**
                                                      Jonathan J.C. Grey
                                                      United States District Judge

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 27, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager
